1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000



FILED

DEC 22 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>ALBERT HOOD,<br><br>         Defendant. | CR. 1:11CR00443 AWI<br><br>VIOLATIONS: 18 U.S.C. §922(g)(1) - Felon in Possession of a Firearm; 18 U.S.C. §924(d) and 28 U.S.C. §2461(c) - Criminal Forfeiture |

## I N D I C T M E N T

COUNT ONE:     [18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm]

The Grand Jury charges: T H A T

ALBERT HOOD,

defendant herein, on or about December 4, 2011, in the County of Fresno, State and Eastern District of California and elsewhere, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

> 2000 Fresno County Superior Court conviction for California Vehicle Code § 10851(a) - Take Vehicle Without Consent/Vehicle Theft
>
> 2000 Fresno County Superior Court conviction for California Penal Code § 273.5 - Infliction of Corporal Injury on Spouse/Cohabitant; and
>
> 2010 Fresno County Superior Court conviction for California Penal Code §§ 245(a)(1) and 12021(a)(1) - Force/Assault With a Deadly Weapon Not a Firearm: Great Bodily Injury Likely - With Prior, and Felon in Possession of a Firearm

did knowingly possess a firearm, to wit, a Ruger, Model Vaquero, .44 caliber revolver, which had been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION:    [18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c) Criminal Forfeiture]

The Grand Jury further alleges:

ALBERT HOOD,

defendant herein, as follows:

Upon conviction of the offense alleged in Count 1 of this Indictment, Albert Hood, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved or used in the knowing commission of the offense.

If any property subject to forfeiture, as a result of the offense alleged in Count 1 of this Indictment:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

1  (4)  has been substantially diminished in value; or
2  (5)  has been commingled with other property which cannot be
3       subdivided without difficulty;
4 it is the intent of the United States, pursuant to 18 U.S.C.
5 § 924(d) as incorporated by 28 U.S.C. § 2461(c), to seek
6 forfeiture of any other property of said defendant(s) up to the
7 value of the property subject to forfeiture.

A TRUE BILL,

/s/ Signature on file w/AUSA
---
FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

By_____Mark E. Cullers_____
MARK E. CULLERS
Assistant U.S. Attorney
Chief, Fresno Office

3

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*



DEC 2 2 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

## THE UNITED STATES OF AMERICA

vs.

ALBERT HOOD          1: 1 1 CR 0 0 4 4 3   AWI

### I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 922(g)(1) - FELON IN POSSESSION OF A FIREARM; 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) - CRIMINAL FORFEITURE

*A true bill,*

/s/

*Foreman.*

*Filed in open court this _____ day*

*of _____, A.D. 20 _____*

_____
Clerk.

**NO BAIL WARRANT**
*Bail, $* _____

/s/ BcMcAuliffe

GPO 863 525

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

**BY:**
- [ ] COMPLAINT
- [ ] INFORMATION
- [X] INDICTMENT
- [ ] SUPERSEDING INFORMATION
- [ ] SUPERSEDING
- [ ] SEALED
- Court No. _____

Name of District Court, and/or Judge Magistrate Location (city)

**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO, CALIFORNIA**

## OFFENSE CHARGED

Felon in Possession of a Firearm

- [ ] Petty
- [ ] Minor
- [ ] Misdemeanor
- [X] Felony

Place of Offense: Fresno County

USC Citations:

18/922(g)(1)

## DEFENDANT -- U.S. vs.

ALBERT HOOD

Address: 1:11CR00443 AWI

Birth Date: _____

Male ___ Female ___ Alien (if applicable) ___

(Optional unless a juvenile)

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

SA Reynolds/ATF

- [ ] this person is awaiting trial in another Federal or State Court, give name of court.
- [ ] this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District
- [ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  - [ ] U.S. Att'y
  - [ ] Defense
  SHOW DOCKET NO.
- [ ] this prosecution relates to a pending case involving this same defendant
- [ ] prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
  MAGISTRATE CASE NO.

Name and Office of Person Furnishing information on THIS FORM: Maria G. Robles
- [ ] U.S. Att'y
- [ ] Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Kimberly A. Sanchez

[X] ADD FORFEITURE UNIT (Check if Forfeiture Allegation)

## DEFENDANT

**IS NOT IN CUSTODY**

1) [X] Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges

2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) [ ] On this charge
5) [ ] On another conviction  [ ] Fed'l  [ ] State
6) [ ] Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed? ___ Yes  ___ No  If "Yes" give date _____

DATE OF ARREST: Mo. ___ Day ___ Year ___

Or ... if arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY: Mo. ___ Day ___ Year ___

[ ] This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

*Please issue no bail warrant*

## PENALTY SLIP

| | |
|---|---|
| DEFENDANT: | ALBERT HOOD |
| VIOLATION: | 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm |
| PENALTY: | 10 year maximum<br>$250,000 dollar fine<br>3 years supervised release<br>$100 special assessment fee |
| VIOLATION: | 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)<br>Criminal Forfeiture |
| PENALTY: | As stated in Indictment |