```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CHARLES J. LEE, Bar #221057
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  ALBERT HOOD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:11-cr-00443 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO RESET </br> ) BRIEFING SCHEDULE; ORDER |
| v. | ) </br> ) Judge: Hon. Anthony W. Ishii |
| ALBERT HOOD, | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that defense Motion to Revoke Detention Order shall be filed by September 18, 2012. The Government will then file their opposition by October 2, 2012. Defense will then have till October 9, 2012 to file an reply.

The parties then wish to argue the motion at an evidentiary hearing on October 15, 2012 at 1:30 p.m.

The parties believe this briefing schedule will conform with the mandate of 18 U.S.C. § 3145(b) that a motion for revocation "shall be determined promptly."

//

//

//

//

|  |  |  |
|---|---|---|
| | | BENJAMIN WAGNER<br>United States Attorney |
| DATED: September 14, 2012 | By: | /s/ *Kimberly A. Sanchez*<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: September 14, 2012 | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Albert Hood |

# **O R D E R**

**IT IS SO ORDERED.** Defense shall file its Motion for Revocation of Detention Order by September 18, 2012. The Government shall file its Opposition by October 2, 2012. The Defense will file any Reply by October 9, 2012. An evidentiary hearing will be held on October 15, 2012 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   September 14, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Reset Briefing
Schedule; [Proposed] Order      −2−