| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorneys for Defendant |
| 6 | ALBERT HOOD |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:11-cr-0443 AWI DLB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE HEARING |
| v. | ) |
| | ) DATE: October 15, 2012 |
| ALBERT HOOD, | ) TIME: 1:30 p.m. |
| | ) JUDGE: Hon. Anthony W. Ishii |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for September 24, 2012, **may be continued to October 15, 2012 at 1:30 p.m. before the Honorable Anthony W. Ishii.**

This continuance is at the request of both counsel for continued plea negotiations and to allow for defense investigation and preparation. Defense has filed a Motion for Revocation of Detention Order which is currently scheduled for October 15, 2012 at 1:30 p.m. and the parties would like this status conference on the same date and time.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

|   |   |   |
|---|---|---|
|   | | Respectfully submitted, |
|   | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: September 18, 2012 | By: | /s/ Kimberly A. Sanchez<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: September 18, 2012 | By: | /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>ALBERT HOOD |

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **September 20, 2012**     /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE