FILED

APR 24 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>ALBERT HOOD,<br><br>　　　　Defendant - Appellant. | No. 14-10092<br><br>D.C. No. 1:11-cr-00443-AWI-1<br>Eastern District of California,<br>Fresno<br><br>ORDER |

　　　The appellant's motion to allow the court reporter file the transcript late is construed as a motion for leave to file a late transcript designation order at the district court. So construed, the motion is granted nunc pro tunc. A review of the district court docket confirms that the transcript designation order was filed April 23, 2014. The transcripts are due May 23, 2014. The appellant shall provide the court reporter with a copy of this order within 7 days after the date of this order.

　　　The briefing schedule is amended as follows. The opening brief is due July 2, 2014. The answering brief is due August 1, 2014. The optional reply brief is due within 14 days after service of the answering brief.

Tah/4.21.14/Pro Mo

For the Court:
MOLLY C. DWYER
Clerk of the Court

Teresa A. Haugen, Deputy Clerk
9th Circuit Rules 27-7, 27-10